IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD ALLEN SMITH                                                                                    PLAINTIFF

v.                                               Case No. 4:24-cv-04120

ERNEST JACK REYNOLDS
a/k/a Ernest Jack Ryheimer;
ERNEST JACK, Jr. a/k/a
Walter, Jr.; CAROL REYNOLDS;
KRISTIE REYNOLDS; KATHIE REYNOLDS;
KATIE REYNOLDS; RONDA REYNOLDS
a/k/a Ronda Coslow; JAMES REYNOLDS;
MITCHELLE REYNOLDS; DEBBIE REYNOLDS;
MEAGAN REYNOLDS; MISTY REYNOLDS;
GREGG REYNOLDS; MICKIE REYNOLDS;
CHERRIE REYNOLDS; MACKEY REYNOLDS;
MICHAEL REYNOLDS; JOHN REYNOLDS;
DAVID REYNOLDS; SHAWN; and SHANNON
REYNOLDS                                                                                              DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed April 4, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this case and failure to comply with the Court's Orders. (ECF No. 7, at 3-4).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 1)

should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this case and failure to comply with the Court's Orders.

    **IT IS SO ORDERED**, this 19th day of May, 2025.

                                      /s/ Susan O. Hickey
                                      Susan O. Hickey
                                      Chief United States District Judge